IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Staples, as Trustee for the Next-of-Kin of Daniel Staples, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Bradley C. Thaemert, M.D., and the Surgical Institute of South Dakota, a South Dakota corporation,<br><br>Defendants. | Case No. 09-cv-00264-DWF-JJK<br><br><br>**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR CHANGE OF VENUE** |

Defendants Bradley C. Thaemert, M.D., and the Surgical Institute of South Dakota move to dismiss Plaintiff's Complaint (Doc. 1) under FED. R. CIV. P. 12(b) on the following grounds:

    (1)    The Defendants are not subject to personal jurisdiction of this Court;

    (2)    Venue in the United States District Court of Minnesota is improper; and

    (3)    Defendant Surgical Institute of South Dakota has not been properly served, as shown by the affidavits of Bradley C. Thaemert, M.D., and Mark Hatting.

In the alternative, Defendants Bradley C. Thaemert, M.D., and the Surgical Institute of South Dakota move this Court to transfer venue of this action pursuant to 28 U.S.C. § 1404 to the more convenient forum of the United States District of South Dakota.

| | |
|---|---|
| Dated:  2 March 2009 | s/ *Mark W. Haigh* |
| | Mark W. Haigh (Bar # 214905) |
| | Edwin E. Evans (pro hac vice) |
| | Attorneys for Defendants |
| | Davenport, Evans, Hurwitz & Smith, L.L.P. |
| | 206 West 14th Street – PO Box 1030 |
| | Sioux Falls, SD 57101-1030 |
| | Telephone:  (605) 336-2880 |
| | Facsimile:  (605) 335-3639 |
| | E-mail:  mhaigh@dehs.com |