UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Barbara Staples, Personal Representative of the Estate of Daniel Staples,<br><br>Plaintiff,<br><br>vs.<br><br>Bradley C. Thaemert, M.D., and the Surgical Institute of South Dakota, a South Dakota corporation,<br><br>Defendants. | Case No. 09-4090<br><br><br><br>**JOINT MOTION FOR DISMISSAL** |

Plaintiff, by and through her counsel of record, James E. Malters of Malters, Shepherd & Von Holtum and William J. Maddix, Chris A. Messerly and Genevieve M. Zimmerman and Robins Kaplan Miller & Ciresi LLP, and Defendants, by and through their counsel of record, Mark W. Haigh and Davenport, Evans, Hurwitz and Smith, L.L.P., hereby stipulate and agree to the dismissal on the merits with prejudice of the above-entitled action and hereby dismiss the same, each party to bear its own costs, expenses, and attorneys' fees.

Dated at Worthington, Minnesota, this 24 day of December, 2010.

**MALTERS, SHEPHERD & VON HOLTUM**

_/s/ James E. Malters_
James E. Malters
727 Oxford Street
P.O. Box 517
Worthington, MN 56187-0517
(507) 376-4166

AND

**ROBINS KAPLAN MILLER & CIRESI, LLP**
William J. Maddix
Chris A. Messerly
Genevieve M. Zimmerman
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Attorneys for Plaintiff*

Dated at Sioux Falls, South Dakota, this 5 day of January, 2011.

**DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.**

/s/ Mark W. Haigh
_____
Mark W. Haigh
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Defendants*