UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA STAPLES, personal representative of the estate of Daniel Staples, | ) ) ) ) | CIV. 09-4090-KES |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| BRADLEY C. THAEMERT, M.D., and the SURGICAL INSTITUTE OF SOUTH DAKOTA, a South Dakota corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Joint Motion for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed on the merits, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated January 7, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE